CR123 060

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF GEORGIA
AUGUSTA DIVISION

FILED
U.S. DISTRICT COURT
2023 NOV -1  P 5:25

CLERK
SO. DIST. OF GA.

| | |
|---|---|
| UNITED STATES OF AMERICA | ) INDICTMENT NO. |
| | ) |
| v. | ) 21 U.S.C. § 841(a)(1) |
| | ) Distribution of a Controlled |
| TACUMSA XCAIVER LOVETT | ) Substance (Fentanyl) |
| a/k/a "GB PONCHO" | ) |
| | ) 21 U.S.C. § 841(a)(1) |
| | ) Distribution of Controlled |
| | ) Substances (Marijuana and |
| | ) Fentanyl) |
| | ) |
| | ) 21 U.S.C. § 841(a)(1) |
| | ) Possession with Intent to |
| | ) Distribute a Controlled |
| | ) Substance (Oxycodone) |
| | ) |
| | ) 18 U.S.C. § 924(c) |
| | ) Possession of a Firearm in |
| | ) Furtherance of a Drug |
| | ) Trafficking Crime |
| | ) |
| | ) 21 U.S.C. § 841(a)(1) |
| | ) Possession with Intent to |
| | ) Distribute Controlled Substances |
| | ) (Marijuana and Fentanyl) |
| | ) |
| | ) 18 U.S.C. § 924(c) |
| | ) Possession of a Firearm in |
| | ) Furtherance of a Drug |
| | ) Trafficking Crime |

THE GRAND JURY CHARGES THAT:

<u>COUNT ONE</u>
*Distribution of a Mixture and Substance Containing a Detectable Amount of Fentanyl*
21 U.S.C. § 841(a)(1)

On or about January 26, 2023, in Columbia County, within the Southern

District of Georgia, the Defendant,

**TACUMSA XCAIVER LOVETT**
**a/k/a "GB PONCHO,"**

did knowingly and intentionally distribute a mixture and substance containing detectable amounts of Fentanyl, a Schedule II controlled substance.

All in violation of Title 21, United States Code, Section 841(a)(1).

## COUNT TWO
*Distribution of a Controlled Substance (Marijuana) and a Mixture and Substance Containing a Detectable Amount of Fentanyl*
21 U.S.C. § 841(a)(1)

On or about February 8, 2023, in Columbia County, within the Southern District of Georgia, the Defendant,

**TACUMSA XCAIVER LOVETT**
a/k/a "GB PONCHO,"

did knowingly and intentionally distribute Marijuana, a Schedule I controlled substance, and a mixture and substance containing a detectable amount of Fentanyl, a Schedule II controlled substance.

All in violation of Title 21, United States Code, Section 841(a)(1).

## COUNT THREE
*Possession with Intent to Distribute a Mixture and Substance Containing a Detectable Amount of Oxycodone*
21 U.S.C. § 841(a)(1)

On or about February 8, 2023, in a white in color Mercedes Benz in Columbia County, within the Southern District of Georgia, the Defendant,

**TACUMSA XCAIVER LOVETT**
**a/k/a "GB PONCHO,"**

did knowingly and intentionally possess with the intent to distribute a mixture and substance containing a detectable amount of Oxycodone, a Schedule II controlled substance.

All in violation of Title 21, United States Code, Section 841(a)(1).

## COUNT FOUR
*Possession of a Firearm in Furtherance of a Drug Trafficking Crime*
18 U.S.C. § 924(c)

On or about February 8, 2023, in a white in color Mercedes Benz in Columbia County, within the Southern District of Georgia, the Defendant,

**TACUMSA XCAIVER LOVETT**
**a/k/a "GB PONCHO,"**

did knowingly possess at least one firearm in furtherance of a drug trafficking crime for which he may be prosecuted in a court of the United States, to wit, Distribution of a Controlled Substance (Marijuana) and a Mixture and Substance Containing a Detectable Amount of Fentanyl in violation of Title 21, United States Code, Section 841(a)(1), as charged in Count Two of this Indictment and Possession with Intent to Distribute a Mixture and Substance Containing a Detectable Amount of Oxycodone, in violation of Title 21, United States Code, Section 841(a)(1), as charged in Count Three of this Indictment.

All in violation of Title 18, United States Code, Section 924(c).

## COUNT FIVE
*Possession with Intent to Distribute Controlled Substance (Marijuana) and a Mixture and Substance Containing a Detectable Amount of Fentanyl*
21 U.S.C. § 841(a)(1)

On or about February 8, 2023, at or near 604 Beretta Drive, Grovetown, Georgia in Columbia County, within the Southern District of Georgia, the Defendant,

**TACUMSA XCAIVER LOVETT**
**a/k/a "GB PONCHO,"**

did knowingly and intentionally possess with the intent to distribute Marijuana, a Schedule I controlled substance and a mixture and substance containing a detectable amount of Fentanyl, a Schedule II controlled substance.

All in violation of Title 21, United States Code, Section 841(a)(1).

## COUNT SIX
*Possession of a Firearm in Furtherance of a Drug Trafficking Crime*
18 U.S.C. § 924(c)

On or about February 8, 2023, at or near 604 Beretta Drive, Grovetown, Georgia in Columbia County, within the Southern District of Georgia, the Defendant,

**TACUMSA XCAIVER LOVETT,**
**a/k/a "GB PONCHO,"**

did knowingly possess at least one firearm, in furtherance of a drug trafficking crime for which he may be prosecuted in a court of the United States, to wit, Possession with Intent to Distribute a Controlled Substance (Marijuana) and a Mixture and Substance Containing a Detectable Amount of Fentanyl, in violation of Title 21, United States Code, Section 841(a)(1), as charged in Count Five of this Indictment.

All in violation of Title 18, United States Code, Section 924(c).

## FORFEITURE ALLEGATIONS

The allegations contained in Counts One through Six of this Indictment are hereby re-alleged and incorporated by reference for the purpose of alleging forfeitures pursuant to Title 21, United States Code, Section 853, Title 18 United States Code, Section 924(d), and Title 28, United States Code, Section 2461(c).

Pursuant to Title 21, United States Code, Section 853, upon conviction of any offense in violation of Title 21, United States Code set forth in this Indictment, the Defendant,

**TACUMSA XCAIVER LOVETT**
**a/k/a "GB PONCHO,"**

shall forfeit to the United States any property constituting, or derived from, any proceeds obtained, directly or indirectly, as the result of such offense and any property used, or intended to be used, in any manner or part, to commit, or to facilitate the commission of, the offense(s), including but not limited to Ruger model Ruger-57, 5.7 caliber pistol, S/N 642-14957, Taurus model G3 9mm caliber pistol, S/N:ABN360283; Glock Model 26, 9mm caliber pistol, S/N BTEX227; Ceska Zbrojovka (CZ) model Scorpion Evo 3 S1, 9mm caliber pistol S/N F415677; Diamondback model DB-15, 5.56 caliber pistol S/N DB2107245; Diamondback model DB-15, 5.56 caliber pistol S/N DB2102909; IWI US Inc. model Z-15, 5.56 caliber pistol S/N ZH010252; Unknown Manufacturer, unknown model, 9mm caliber pistol S/N None and 1,014 assorted rounds of ammunition.

.

Upon conviction of any offense alleged in this Indictment, the above-named Defendant shall forfeit to the United States pursuant to Title 18, United States Code, Section 924(d)(1) and Title 28, United States Code, Sections 2461(c) any firearm and ammunition involved in that offense, including but not limited to Ruger model Ruger-57, 5.7 caliber pistol, S/N 642-14957, Taurus model G3 9mm caliber pistol, S/N:ABN360283; Glock Model 26, 9mm caliber pistol, S/N BTEX227; Ceska Zbrojovka (CZ) model Scorpion Evo 3 S1, 9mm caliber pistol S/N F415677; Diamondback model DB-15, 5.56 caliber pistol S/N DB2107245; Diamondback model DB-15, 5.56 caliber pistol S/N DB2102909; IWI US Inc. model Z-15, 5.56 caliber pistol S/N ZH010252; Unknown Manufacturer, unknown model, 9mm caliber pistol S/N None and 1,014 assorted rounds of ammunition.

If, as a result of any act or omission of a Defendant, any of the property subject to forfeiture:

      a. cannot be located upon the exercise of due diligence;

      b. has been transferred or sold to, or deposited with, a third person;

      c. has been placed beyond the jurisdiction of this Court;

      d. has been substantially diminished in value; or

      e. has been commingled with other property which cannot be subdivided without difficulty,

it is the intent of the United States, pursuant to Title 21, United States Code, Section 853(p), to seek forfeiture of any other property of said Defendant up to the value of the forfeitable property.

*{Signatures on the following page}*

A True Bill.

_____
Jill E. Steinberg
United States Attorney

_____
Michael Z. Spitulnik
Special Assistant United States Attorney
*Lead Counsel

_____
Patricia G. Rhodes
Assistant United States Attorney
Chief, Criminal Division